**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STACY HASTINGS | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 2:16-CV-196 - JRG-RSP |
| | § | JURY |
| WAL-MART STORES, INC. | § | |

## ORDER GRANTING MOTION TO TRANSFER VENUE

On this day, came on to be heard Defendant's Motion to Transfer Venue in the above-entitled and numbered cause. After considering the Motion, the response, and all replies, the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Transfer Venue is GRANTED in its entirety and this matter is hereby transferred to the Tyler Division of the United States District Court for the Eastern District of Texas.

**SIGNED this 23rd day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE